

June 22, 2010

To Customers of Reliance® Trailer:

Cozad Trailer Sales, LLC, is pleased to announce the acquisition of "Reliance® Trailer Co.," and "Reliance®Trailer Sales, LLC," out of Spokane, Washington. Operations will be centrally located at Cozad's manufacturing facility and dealership in Stockton, California.

This purchase will provide complete Northwest coverage of trailer parts, sales, and service. "Reliance®'s" excellent products match up favorably with Cozad's operation.

Cozad has been well-known in the heavy haul, lowbed industry for over 50 years. We now look forward to extending our excellent high quality customer service to another section of the construction industry for parts and service, to all former customers of "Reliance® Trailer."

Starting today, customers will be able to contact the Cozad parts department for "Reliance®", "Alloy®", "Comet®," and "Sturdy Weld®" parts and service. Manufacturing of new units will begin within the next year, allowing customers a *one-stop* shopping experience for all of their heavy-haul and construction trailer needs.

Be watching for even more California trailer news in the near future.

**Welcome to the new Cozad "Reliance"® family of trailers.**

Sincerely

Tom G. Pistacchio

4907 E. Waterloo Road • Stockton, California 95215-2096
E-MAIL: sales@coz[...]ailers.com
TOLL FREE: (800) 242-6023 • FAX: (209) 931-0239

EXHIBIT A

4

# Lunn & Black

Attorneys at Law

John C. Black*
Robert A. Dunn*
Timothy B. Fennessy*
Nicholas D. Kovarik
Wesley D. Mortensen
Susan C. Nelson
Jason T. Piskel
Kevin W. Roberts*
Michael R. Tucker
*Principals

Banner Bank Building
111 N. Post, Suite 300
Spokane, WA 99201
Voice: (509) 455-8711
Fax: (509) 455-8734

July 9, 2010

Brian H. Krikorian
Attorney at Law
2110 N. Pacific Street, Ste. 100
Seattle, WA 98103

<u>Via Email and U.S. Mail</u>

Re: Pacific Coast Trailers v. Cozad Trailer Sales, LLC, et al.
    Spokane County Superior Case No. 10-201058-5
    U.S.D.C. Eastern District of Washington Case No. CV-10-111-EFS

Dear Brian:

  We just learned that recently your client actively began using the "Reliance" Trademark in advertising and to solicit business. Attached is a copy of marketing material that your client sent out. This blatant misappropriation and misuse of the Trademark not only greatly increases the damages to my client but also creates irreparable harm to its business. Accordingly, we will be filing a Motion for Preliminary Injunction. Pursuant to the Local Rules, please advise me of your availability for a hearing in the next 30 days.

  In the meantime, in order to assess the damages involved, provide a complete list of the companies and individuals the marketing materials were provided to. This list should include addresses and phone numbers. In addition, provide an accounting of all sales or other income attributable to the use of the "Reliance" Trademark. We will be asking for those to be disgorged. Since your client has elected to blatantly misappropriate the Trademark, provide us with copies of all marketing or other materials in which your client uses the "Reliance" Trademark along with a list of everyone to whom these were provided.

EXHIBIT B

Lawyers Admitted in Washington, ... New Mexico and Alaska

Mr. Brian Krikorian
July 9, 2010
Page - 2

    Finally, this letter is to demand once again that your client immediately cease and desist from using the "Reliance" Trademark in any way. I look forward to confirmation that will occur.

Very truly yours,

DUNN & BLACK, P.S.

KEVIN W. ROBERTS

Enclosures
cc: Pacific Coast Trailers, LLC ✓
    Sherrie Flynn ✓ 7/9

6



June 22, 2010

To Customers of Reliance® Trailer:

Cozad Trailer Sales, LLC, is pleased to announce the acquisition of "Reliance® Trailer Co.," and "Reliance®Trailer Sales, LLC," out of Spokane, Washington. Operations will be centrally located at Cozad's manufacturing facility and dealership in Stockton, California.

This purchase will provide complete Northwest coverage of trailer parts, sales, and service. "Reliance®'s" excellent products match up favorably with Cozad's operation.

Cozad has been well-known in the heavy haul, lowbed industry for over 50 years. We now look forward to extending our excellent high quality customer service to another section of the construction industry for parts and service, to all former customers of "Reliance® Trailer."

Starting today, customers will be able to contact the Cozad parts department for "Reliance®", "Alloy®", "Comet®," and "Sturdy Weld®" parts and service. Manufacturing of new units will begin within the next year, allowing customers a *one-stop* shopping experience for all of their heavy-haul and construction trailer needs.

Be watching for even more California trailer news in the near future.

**Welcome to the new Cozad "Reliance"® family of trailers.**

Sincerely

*Tom L. Pistacchio*
Tom G. Pistacchio

   

4907 E. Waterloo Road • Stockton, California 95215-2096 • PHONE: (209) 931-3093 • TOLL FREE: (800) 242-6023 • FAX: (209) 931-0239
E-MAIL: sales@cozadtrailers.com • www.cozadtrailers.com