KEVIN W. ROBERTS, WSBA #29473
JASON T. PISKEL, WSBA #35398
DUNN & BLACK, P.S.
111 N. Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN WASHINGTON

| | |
|---|---|
| PACIFIC COAST TRAILER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> COZAD TRAILER SALES, LLC, a limited liability company, TOM PISTACCHIO and DELORES PISTACCHIO, and their marital community, <br><br> Defendant. | NO. CV-10-111-EFS <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** <br><br> **The Honorable Edward F. Shea** |

Plaintiff Pacific Coast Trailers, LLC by and through its attorneys of record Dunn & Black, P.S., requests the Court to take judicial notice of the following facts and evidence, pursuant to Federal Rule of Evidence, Rule 201:

1.   On March 16, 2010, Pacific Coast Trailers, LLC in Spokane County Superior Court Case No. 10-2-01059-3, removed to United States District Court

PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE - 1

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Eastern District of Washington, Cause No. CV-10-111-EFS, filed the Declaration of Joseph Mayo. A true and correct copy of the Declaration of Joseph Mayo is attached hereto as **Exhibit 1**.

2. On March 19, 2010, an Order Granting Plaintiff's Motion for Temporary Restraining Order was entered in Spokane County Superior Court Case No. 10-201059-3. A true and correct copy of that Order is attached hereto as **Exhibit 2.**

3. On March 23, 2010, a Stipulation and Order Re: Plaintiff's Temporary Restraining Order was entered in Spokane County Superior Court Case No. 10-201059-3. A true and correct copy of that Order is attached hereto as **Exhibit 3.**

4. On April 22, 2010, a Stipulation Re: Plaintiff's Temporary Restraining Order was filed in this matter. A true and correct copy of that Stipulation is attached hereto as **Exhibit 4.**

5. On June 1, 2010, Joseph Mayo filed a Supplemental Declaration under penalty of perjury in the Eastern District of California matter, in support of his Motion to Dismiss. A true and correct copy of the Supplemental Declaration is attached hereto as **Exhibit 5.**

PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE - 2

DATED this 26th day of July, 2010

           s/ KEVIN W. ROBERTS
           KEVIN W. ROBERTS, WSBA #29473
           JASON T. PISKEL, WSBA #35398
           Dunn & Black, PS
           111 North Post, Ste. 300
           Spokane, WA 99201
           Telephone: (509) 455-8711
           Fax: (509) 455-8734
           kroberts@dunnandblack.com
           jpiskel@dunnandblack.com
           Attorneys for Plaintiff

PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE - 3

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- **Brian H. Krikorian**
  bhkrik@bhklaw.com

s/ KEVIN W. ROBERTS
KEVIN W. ROBERTS, WSBA #29473
JASON T. PISKEL, WSBA #35398
Dunn & Black, PS
111 North Post, Ste. 300
Spokane, WA 99201
Telephone: (509) 455-8711
Fax: (509) 455-8734
kroberts@dunnandblack.com
jpiskel@dunnandblack.com
Attorneys for Plaintiff

PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE - 4

**Dunn & Black**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734