UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PACIFIC COAST TRAILERS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>COZAD TRAILER SALES, LLC., a limited liability company, TOM PISTACCHIO and DELORES PISTACCHIO, and their marital community,<br><br>                        Defendants. | CIVIL NO.  CV-10-111-EFS<br><br>**DECLARATION OF TOM PISTACCHIO IN OPPOSITION TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   August 25, 2010<br>Time:   3:00 p.m.<br>Judge:  Edward F. Shea,<br>Place:  Spokane, Courthouse |

I, Tom Pistacchio, declare:

1.    I am over the age of eighteen (18) years and I am the Managing Member of Cozad Trailer Sales, LLC ("Cozad").  I am competent to testify and would testify to the following facts, which are within my personal knowledge.

2.    Attached hereto as Exhibits 1 and 2 are true and correct copies of the Assignment of the Sturdyweld, Comet and Alloy Trademarks from Reliance Trailer Co, LLC and Sterling Savings Bank, and Sterling Savings Bank to Cozad.  Attached hereto as Exhibit 3 are true and correct copies of the Notices of Recordation from the US Patent and Trademark Office.

DECLARATION OF TOM PISTACCHIO IN OPPOSITION TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

LAW OFFICES OF BRIAN H. KRIKORIAN
2110 N PACIFIC STREET, SUITE 100
SEATTLE, WA 98103
Telephone:  (206) 547-1942
Fax:   (425) 732-0115

3.      Attached hereto as Exhibit 4 is a true and correct copy of what appears to be a "draft" Schedule B with regard to the filing of Reliance Trailer Co., LLC's bankruptcy. The documents attached as Exhibit 4 were found by my staff in the files and material of Reliance LLC at the Geiger Boulevard location, during the period of time we were itemizing and cataloging assets for sale and auction in April of 2010.

4.      Cozad has spent over $300,000 already in costs and capital in purchasing and preparing to market the "Reliance" trademark. Cozad is prepared to actively market the "Reliance" name and has the existing infrastructure and customer base to do so as part of its current operations. Cozad anticipates that its continued development of the "Reliance" trademark and name could be worth several hundred thousand dollars in the future. The longer the "Reliance" trademark is tied-up, the more it will diminish its value. Cozad believes it stands to lose hundreds of thousands of dollars, if not millions of dollars, over the next few years if the "Reliance" trademark is not properly marketed.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this _____ day of August 2010 at Fresno, California.

_____
TOM PISTACCHIO

DECLARATION OF TOM PISTACCHIO IN OPPOSITION
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 2

LAW OFFICES OF BRIAN H. KRIKORIAN
2110 N PACIFIC STREET, SUITE 100
SEATTLE, WA 98103
Telephone: (206) 547-1942