

# UNITED STATES PATENT AND TRADEMARK OFFICE

## Facsimile Transmission

THE LAW OFFICES OF
RECEIVED
AUG 0 4 2010
ANDREW D. FORTNEY, Ph.D., P.C.

| | | |
|---|---|---|
| To: | Name: | SHERRIE M. FLYNN |
| | Company: | 215 W. FALLBROOK, SUITE 203 |
| | Fax Number: | 15594326872 |
| | Voice Phone: | |
| From: | Name: | ASSIGNMENT SERVICES BRANCH |
| | Voice Phone: | 571-272-3350 |

37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).

## Fax Notes:

| Pg# | Description |
|---|---|
| 1 | Cover Page |
| 2 | 446.TXT |
| 4 | Document 1, Batch 2128312 |

USPTO ASSIGNMENT SYSTEM PROCESSING

Date and time of transmission: Tuesday, August 03, 2010 10:39:28 PM
Number of pages including this cover sheet: 05



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE



*900168367A*

AUGUST 03, 2010

PTAS

SHERRIE M. FLYNN
215 W. FALLBROOK, SUITE 203
FRESNO, CA 93711


UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 08/02/2010          REEL/FRAME: 004252/0223
                                      NUMBER OF PAGES: 4

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
DOCKET NUMBER: COZAD

ASSIGNOR:
    STERLING SAVINGS BANK             DOC DATE: 07/08/2010
                                      CITIZENSHIP: WASHINGTON
                                      ENTITY: COMMERCIAL BANK

ASSIGNEE:
    COZAD TRAILER SALES, LLC          CITIZENSHIP: CALIFORNIA
    4907 E. WATERLOO ROAD             ENTITY: LIMITED LIABILITY COMPANY
    STOCKTON, CALIFORNIA 95215

APPLICATION NUMBER: 76263798          FILING DATE: 05/30/2001
REGISTRATION NUMBER: 2578223          ISSUE DATE: 06/11/2002

MARK: STURDYWELD
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN


P.O. Box 1450, Alexandria, Virginia 22313-1450 - www.uspto.gov

004252/0223 PAGE 2

APPLICATION NUMBER: 74480427          FILING DATE: 01/18/1994
REGISTRATION NUMBER: 1975651          ISSUE DATE: 05/28/1996

MARK: ALLOY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75044110          FILING DATE: 01/16/1996
REGISTRATION NUMBER: 2045711          ISSUE DATE: 03/18/1997

MARK: COMET
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


TONYA LEE, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION



# UNITED STATES PATENT AND TRADEMARK OFFICE

**Facsimile Transmission**

*RECEIVED AUG 0 2 2010 — THE LAW OFFICES OF ANDREW D. FORTNEY, Ph.D., P.C.*

| | | |
|---|---|---|
| To: | Name: | SHERRIE M. FLYNN |
| | Company: | 215 W. FALLBROOK, SUITE 203 |
| | Fax Number: | 15594326872 |
| | Voice Phone: | |
| From: | Name: | ASSIGNMENT SERVICES BRANCH |
| | Voice Phone: | 571-272-3350 |

37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).

## Fax Notes:

| Pg# | Description |
|---|---|
| 1 | Cover Page |
| 2 | 187.TXT |
| 4 | Document 1, Batch 2123761 |

USPTO ASSIGNMENT SYSTEM PROCESSING

Date and time of transmission: Saturday, July 31, 2010 1:25:02 PM
Number of pages including this cover sheet: 05



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE



*900168056A*

JULY 29, 2010

PTAS

SHERRIE M. FLYNN
215 W. FALLBROOK, SUITE 203
FRESNO, CA 93711

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 07/28/2010         REEL/FRAME: 004249/0758
                                     NUMBER OF PAGES: 7

BRIEF: CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE'S NAME, ADDRESS,
       CITIZENSHIP, AND ENTITY TYPE PREVIOUSLY RECORDED ON  REEL 004247
       FRAME 0512. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNEE IS STERLING
       SAVINGS BANK, 111 N. WALL ST., SPOKANE, WA 99201, COMMERCIAL
       BANK, WASHINGTON.

ASSIGNOR:
    RELIANCE TRAILER CO., LLC           DOC DATE: 07/08/2010
                                        CITIZENSHIP: WASHINGTON
                                        ENTITY: LIMITED LIABILITY
                                                COMPANY

ASSIGNEE:
    STERLING SAVINGS BANK               CITIZENSHIP: WASHINGTON
    111 N. WALL STREET                  ENTITY: COMMERCIAL BANK
    SPOKANE, WASHINGTON 99201

004249/0758 PAGE 2

APPLICATION NUMBER: 76263798  FILING DATE: 05/30/2001
REGISTRATION NUMBER: 2578223  ISSUE DATE: 06/11/2002

MARK: STURDYWELD
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74480427  FILING DATE: 01/18/1994
REGISTRATION NUMBER: 1975651  ISSUE DATE: 05/28/1996

MARK: ALLOY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75044110  FILING DATE: 01/16/1996
REGISTRATION NUMBER: 2045711  ISSUE DATE: 03/18/1997

MARK: COMET
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


LAZENA MARTIN, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# TRADEMARK ASSIGNMENT

Electronic Version v1.1  07/28/2010
Stylesheet Version v1.1  900168056

| SUBMISSION TYPE: | CORRECTIVE ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment to correct the Assignee's name, address, citizenship, and entity type previously recorded on Reel 004247 Frame 0512. Assignor(s) hereby confirms the Assignee is Sterling Savings Bank, 111 N. Wall St., Spokane, WA 99201, Commercial Bank, WASHINGTON. |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Reliance Trailer Co., LLC | | 07/08/2010 | LIMITED LIABILITY COMPANY: WASHINGTON |

### RECEIVING PARTY DATA

| Name: | Sterling Savings Bank |
|---|---|
| Street Address: | 111 N. Wall Street |
| City: | Spokane |
| State/Country: | WASHINGTON |
| Postal Code: | 99201 |
| Entity Type: | Commercial Bank: WASHINGTON |

### PROPERTY NUMBERS Total: 3

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2578223 | STURDYWELD |
| Registration Number: | 1975651 | ALLOY |
| Registration Number: | 2045711 | COMET |

### CORRESPONDENCE DATA

Fax Number: (559)432-6872
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 559-432-6847
Email: sherrie.flynn@fortneylaw.com
Correspondent Name: Sherrie M. Flynn
Address Line 1: 215 W. Fallbrook, Suite 203
Address Line 4: Fresno, CALIFORNIA 93711

| NAME OF SUBMITTER: | Sherrie M. Flynn |
|---|---|

| Signature: | /Sherrie M. Flynn/ |
|---|---|
| Date: | 07/28/2010 |

**Total Attachments: 5**
source=Assignment Reliance to Sterling_4Filing#page1.tif
source=Assignment Reliance to Sterling_4Filing#page2.tif
source=Assignment Reliance to Sterling_4Filing#page3.tif
source=Original Assignment Cover Sheet Submitted In Error_4Filing#page1.tif
source=Original Assignment Cover Sheet Submitted In Error_4Filing#page2.tif