B6B (Official Form 6B) (12/07) - Cont.

In re **Reliance Trailer Company, LLC, a Washington limited liability company**
Case No. **09-11071**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Reliance Trademark<br>SturdyWeld Trademark<br>Alloy Trademar<br>Comet Trademark | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Exhibit--Schedule 25; Spokane | - | 72,733.96 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit--Schedule 28; Spokane | - | 63,614.33 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibit--Schedule 29; Spokane | - | 592,525.19 |
| 30. Inventory. | | Raw Materials | - | 1,998,099.70 |
| | | Parts | - | 286,034.65 |
| | | Work In Process | - | 445,110.38 |
| | | Finished Trailer | - | 1,234,494.46 |
| | | Used Equipment | - | 10,500.00 |
| | | Inventory in Transit | - | 12,113.91 |
| 31. Animals. | X | | | |

Sub-Total > **4,715,226.58**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

5/04/09 1:35PM

B6B (Official Form 6B) (12/07) - Cont.

In re  **Reliance Trailer Company, LLC, a Washington limited liability company**        Case No. __09-11071__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | Trade marks Reliance Sturdy weld Alloy comet | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Jeep LL, PPT | - | 0.00 |
| | | 1992 GMC, Light | - | 0.00 |
| | | 1980 International, Light | - | 0.00 |
| | | 1967 Alloy Trailer, Tri | - | 0.00 |
| | | 1984 Dorsey Trailer, Tri | - | 0.00 |
| | | 1995 Chevy, Light | - | 0.00 |
| | | 1993 International, Trk | - | 0.00 |
| | | 2002 GMC, Light | - | 0.00 |
| | | 2007 Chevy, Light | - | 0.00 |
| | | 1991 Chevy, Trk | - | 0.00 |
| | | 1993 Ford Ranger, Light | - | 0.00 |
| | | 2000 Kenworth T300 | - | 0.00 |
| | | 2004 Chevy, Light | - | 0.00 |

Sub-Total >   0.00
(Total of this page)

Sheet __2__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

[DRAFT watermark across page]

5/04/09 1:35PM

B6B (Official Form 6B) (12/07) - Cont.

In re  **Reliance Trailer Company, LLC, a Washington limited liability company**                          Case No. __09-11071__

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1990 Fonta, Dropdeck Tri | - | 0.00 |
| | | 1991 International, Tractor | - | 0.00 |
| | | 2008 Kenworth T800 | - | 0.00 |
| | | AUTOMOBILES AND VEHICLES, TRANSMISSION REBUILD - 1 TON TRUCK | - | Unknown |
| | | AUTOMOBILES AND VEHICLES, 1996 JEEP | - Duplicate | Unknown |
| | | AUTOMOBILES AND VEHICLES, 1984 FORD DU | - | Unknown |
| | | AUTOMOBILES AND VEHICLES, 1993 INTERNATIONAL FLATBED | - D | Unknown |
| | | AUTOMOBILES AND VEHICLES, TRANSMISSION - KODIAK TRUCK #102 | - | Unknown |
| | | AUTOMOBILES AND VEHICLES, JE PURCHASE KENWORTH FROM WPI | - D | Unknown |
| | | AUTOMOBILES AND VEHICLES, WP SERVICE PUT NEW TIRES ON KENWORTH | - | Unknown |
| | | AUTOMOBILES AND VEHICLES, WP SERVICE TO BRING KENWORTH UP TO | - | Unknown |
| | | AUTOMOBILES AND VEHICLES, 2007 CHEVY TRUCK | - D | Unknown |
| | | AUTOMOBILES AND VEHICLES, 2004 CHEVY TRUCK | - D | Unknown |
| | | VEHICLES, 1990 FONTA DROPDECK TRAILER & 1991 INTERNATIONAL TRACTOR | - D | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTER AND SOFTWARE, GRAPEVINE SOFTWARE | - | Unknown |
| | | COMPUTER AND SOFTWARE, MCS/REALW SOFTWARE | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTER SERVER | - | Unknown |

Sub-Total >   20,000.00
(Total of this page)

Sheet __3__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Reliance Trailer Company, LLC, a Washington limited liability company**   Case No. **09-11071**
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | COMPUTER AND SOFTWARE, COMPUTER MONITOR(CAD) | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPAQ PRESARIO COMPUTER | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPAQ DESKPRO EP COMPUTER | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPAQ C500 W/SFTWR - CNTRLR OFFICE | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPAQ C500 W/SFTWR-ENGINEERING | - | Unknown |
| | | COMPUTER AND SOFTWARE, PC - PAYROLL OFFICE | - | Unknown |
| | | COMPUTER AND SOFTWARE, MAS 90 PR SOFTWARE | - | Unknown |
| | | COMPUTER AND SOFTWARE, SERVER ENHANCEMENT | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTER | - | Unknown |
| | | COMPUTER AND SOFTWARE, SYSTEM UPGRADE | - | Unknown |
| | | COMPUTER AND SOFTWARE, IMPACT COMPUTER SYSTEM | - | Unknown |
| | | COMPUTER AND SOFTWARE, IMPACT SYSTEM UPDATE | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTER SYSTEM UPGRADE | - | Unknown |
| | | COMPUTER AND SOFTWARE, CISCO 2610 ROUTER & MODUL | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTER SERVER | - | Unknown |
| | | COMPUTER AND SOFTWARE, DESKTOP COMPUTERS | - | Unknown |
| | | COMPUTER AND SOFTWARE, DESKTOP COMPUTERS | - | Unknown |

Sub-Total >   0.00
(Total of this page)

Sheet **4** of **13** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Reliance Trailer Company, LLC, a Washington limited liability company**                Case No. __**09-11071**__

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | COMPUTER AND SOFTWARE, IN LAP TOP COMPUTER | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTER | - | Unknown |
| | | COMPUTER AND SOFTWARE, COMPUTERS | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, TELEPHONE SYSTEM | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE-APT | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE AND OFFICE EQUIPMENT | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, 2 WAY RADIO'S | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, XEROX OFFICE COPIER | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, XEROX OFFICE COPIER | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, TELEPHONE EQUIPMENT | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, XEROX DC220 COPIER | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, MISC. FURNITURE AND FIXTURES | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, MISC. OFFICE EQUIPMENT | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |
| | | FURNITURE AND OFFICE EQUIPMENT, FURNITURE | - | Unknown |

Sub-Total >    0.00
(Total of this page)

Sheet __5__ of __13__ continuation sheets attached
to the Schedule of Personal Property

5/04/09 1:35PM

B6B (Official Form 6B) (12/07)

In re  **Reliance Trailer Company, LLC, a Washington limited liability company**

Case No. __09-11071__

Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash as of 4/20/2009 | - | 1,303.42 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sterling Savings Bank, Spokane, WA, General A/C, XXXXXXX9496 | - | 64,609.35 |
| | | Sterling Savings Bank, Spokne, WA, General A/C XXXXXXX9520 | - | 39,036.11 |
| | | Sterling Savings Bank, Spokane, WA, Line of Credit, Balance Outstanding $2,183,713.75 Balance Available $2,853.24 | - | 2,853.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Bond Deposit under JR Olsen Bonds & Insurance Brokers Inc/Sloan Levitt Insurance, Canoga Park, CA | - | 3,000.00 |
| | | Deposit under UPS, Carol Stream, IL | - | 750.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >   111,552.12
(Total of this page)

__13__ continuation sheets attached to the Schedule of Personal Property

Copynght (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy