UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PACIFIC COAST TRAILERS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>COZAD TRAILER SALES, LLC., a limited liability company, TOM PISTACCHIO and DELORES PISTACCHIO, and their marital community,<br>                    Defendants. | CIVIL NO. CV-10-111-EFS<br><br>**DEFENDANTS' MOTION FOR DISSOLUTION OF PRELIMINARY INJUNCTION**<br><br>**(ORAL ARGUMENT REQUESTED)**<br><br>Date:  December 3, 2010<br>Time:  1:30 p.m.<br>Judge:  Edward F. Shea<br>Place:  Richland Courthouse |

Defendants Cozad Trailer Sales, LLC, Tom Pistacchio, and Delores Pistacchio (collectively "Defendants"), by and through their counsel of record, do hereby move this Court for an Order dissolving the Preliminary Injunction that prohibits Defendants from selling or marketing goods using the "Reliance" Trademarks, and from conducting business in the "Reliance" name. Defendants bring this Motion, pursuant to Federal Rule of Civil Procedure 60(b), on the grounds that there are changed circumstances that render the Preliminary Injunction inequitable and warrant its dissolution.

///

DEFENDANTS' MOTION FOR DISSOLUTION OF PRELIMINARY INJUNCTION - 1

Law Offices of Brian H. Krikorian
2110 N Pacific Street, Suite 100
Seattle, WA 98103
Telephone: (206) 547-1942
Fax: (425) 732-0115

1    This Motion is based on Defendants' Memorandum of Points and Authorities in Support
2 of Motion for Dissolution of Preliminary Injunction, the Declaration of Sherrie M. Flynn in
3 Support of Motion for Dissolution of Preliminary Injunction, Notice of Hearing on Motion for
4 Dissolution of Preliminary Injunction, Proposed Order on Motion for Dissolution of Preliminary
5 Injunction, and on the documents and records on file in this action.

6 Dated:  September 17, 2010

7                                                    By <u>/s Brian H. Krikorian</u>
                                                     WSBA #27861
8                                                    2110 N. Pacific Street, Suite 100
                                                     Seattle, Washington 98103
9                                                    Telephone: (206) 547-1942
                                                     Fax:  (425) 732-0115
10                                                   Email:  bhkrik@bhklaw.com

DEFENDANTS' MOTION FOR DISSOLUTION OF
PRELIMINARY INJUNCTION - 2

LAW OFFICES OF BRIAN H. KRIKORIAN
2110 N PACIFIC STREET, SUITE 100
SEATTLE, WA 98103
Telephone:  (206) 547-1942
Fax:  (425) 732-0115