UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC COAST TRAILER, LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COZAD TRAILER SALES, LLC, TOM PISTACCHIO, and DELORES PISTACCHIO,<br><br>                    Defendants. | NO. CV-10-0111-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** |

By Stipulation filed September 29, 2010, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. (Ct. Rec. 40.) Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal **(Ct. Rec. 40)** is **GRANTED**. The above-titled cause of action is **DISMISSED with prejudice** and without fees or costs to either party.

2. This file shall be closed.

3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter

///

//

/

ORDER * 1

this Order and provide copies to counsel.

**DATED** this    1st    day of October 2010.

```
                         s/Edward F. Shea
                          EDWARD F. SHEA
                     United States District Judge
```

Q:\Civil\2010\111.stip.dismiss.wpd

ORDER * 2